UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA and the States    :
of ARKANSAS. CALIFORNIA, DELAWARE,
FLORIDA, HAWAII, ILLINOIS, INDIANA,        :
LOUISIANA, MASSACHUSETTS, NEVADA,
NEW HAMPSHIRE, NEW MEXICO,                 :
TENNESSEE, TEXAS, UTAH and VIRGINIA,
and the DISTRICT OF COLUMBIA ex            :
rel. JOSEPH PIACENTILE.

                               :

          Plaintiffs,                      **ORDER**

                               :

    - against -                              05 Civ. 10617 (RWS)

                               :

PFIZER. INC.,

                               :

          Defendant.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5|13|09

      The United States having declined to intervene in this action pursuant to the False Claims

Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

      IT IS ORDERED that,

      1. The complaint shall be unsealed and service upon defendant by the plaintiff-relator is

authorized.

      2. Except for this Order and the Government's Notice of Election to Decline

Intervention, all other contents of the Court's file in this action shall remain under seal and not be

made public or served upon the defendant.

      3. The relator will serve upon the defendant this Order and the Government's Notice of

Election only after service of the complaint.

      4. The seal shall be lifted as to all other matters occurring in this action.

5. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda and materials, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts. The United States is entitled to intervene in this action, for good cause, at any time.

6. All orders of this Court shall be sent to the United States by plaintiff-relator.

7. Should the plaintiff-relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the relevant party or parties shall solicit the written consent of the United States before seeking a ruling or approval from the Court.

SO ORDERED

Dated: New York, New York
       May __, 2009

ROBERT W. SWEET
UNITED STATES DISTRICT JUDGE

2