UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA and the States of ARKANSAS, CALIFORNIA, DELAWARE, FLORIDA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MASSACHUSETTS, NEEDA, NEW HAMPSHIRE, NEW MEXICO, TENNESSEE, TEXAS, UTAH, and VIRGINIA, and the DISTRICT OF COLUMBIA *EX REL* JOSEPH PIACENTILE,<br><br>      Plaintiffs,<br>  v.<br><br>PFIZER, INC.,<br><br>      Defendant. | No. 05-Civ-010617-RWS |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Relator Joseph Piacentile, M.D., on behalf of the United States of America and on behalf of the sovereign states of California, Delaware, Florida, Hawaii, Illinois, Louisiana, Massachusetts, Nevada, New Hampshire, New Mexico, Tennessee, Texas and Virginia and the District of Columbia, hereby enters this Notice of Voluntary Dismiss Without Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). The Defendant has not been served itself and has not served either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). The United States consents to this dismissal without prejudice. *See* 31 U.S.C. § 3730(b)(1) (requiring consent of the Government).

2

Dated: June 24, 2009                               Respectfully submitted,


                                                   By: _____/s/ John D. Radice_____

                                                   John D. Radice (JR 9033)
                                                   KAPLAN, FOX & KILSHEIMER, LLP
                                                   850 Third Avenue, 14th Floor
                                                   New York, New York 10022
                                                   Telephone: (212) 687-1980
                                                   Facsimile: (212) 687-8814
                                                   jradice@kaplanfox.com

                                                   ***Attorneys for Relator Joseph Piacentile, M.D.***

## CERTIFICATE OF SERVICE

I, John D. Radice, hereby certify that true and correct copies of the attached NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE were filed via E.C.F. in the S.D.N.Y. and served upon the following via First Class Mail on June 24, 2009:

>Joseph A. Pantoia
>Assistant United States Attorney for
>LEV L. DASSIN
>Acting United States Attorney for the
>Southern District of New York
>Attorneys for the United States of America
>86 Chambers Street – 3rd Floor
>New York, NY 10007

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ John D. Radice_
　　　　　　　　　　　　　　　　　　　　　　　　　　John D. Radice