**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*86 Chambers Street*
*New York, New York 10007*

~~June 24, 2009~~

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/09

RECEIVED JUN 2 5 2009 JUDGE SWEET CHAMBERS

**BY HAND DELIVERY**
The Honorable Robert W. Sweet
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States et al. ex. rel. Joseph Piacentile v. Pfizer, Inc.*,
No. 05 Civ. 10617 (RWS)

Dear Judge Sweet:

This Office represents the United States in the above-named action, brought by a *qui tam* relator pursuant to the False Claims Act, 31 U.S.C. §§ 3729-3733. Counsel for the *qui tam* relator has advised this Office that relator will be filing a notice of voluntary dismissal without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

A *qui tam* False Claims Act case "may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." 31 U.S.C. § 3730(b)(1). After conducting its investigation, the government declined to intervene in this action and, on May 13, 2009, the Court unsealed the complaint. In the government's view, the dismissal of this action without prejudice adequately protects the interests of the United States. Accordingly, the government consents to the dismissal of this action and respectfully requests that this letter be docketed. Thank you for your consideration of this matter.

Respectfully submitted,

LEV L. DASSIN
Acting United States Attorney

So ordered.
Sweet
USDJ
7.8.09

By: _____
JOSEPH A. PANTOJA
Assistant United States Attorney
Tel. No.: (212) 637-2785
Fax No.: (212) 637-2750
Email: joseph.pantoja@usdoj.gov

cc:   John D. Radice (counsel for qui tam plaintiff, by facsimile (212) 687-7714)