Case 1:05-cv-10617-RWS   Document 14   Filed 06/24/2009   Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA and the States of ARKANSAS, CALIFORNIA, DELAWARE, FLORIDA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MASSACHUSETTS, NEEDA, NEW HAMPSHIRE, NEW MEXICO, TENNESSEE, TEXAS, UTAH, and VIRGINIA, and the DISTRICT OF COLUMBIA *EX REL* JOSEPH PIACENTILE,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br>PFIZER, INC.,<br>　　　　　　　　Defendant. | No. 05-Civ-010617-RWS |



## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Relator Joseph Piacentile, M.D., on behalf of the United States of America and on behalf of the sovereign states of California, Delaware, Florida, Hawaii, Illinois, Louisiana, Massachusetts, Nevada, New Hampshire, New Mexico, Tennessee, Texas and Virginia and the District of Columbia, hereby enters this Notice of Voluntary Dismiss Without Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). The Defendant has not been served itself and has not served either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). The United States consents to this dismissal without prejudice. *See* 31 U.S.C. § 3730(b)(1) (requiring consent of the Government).

Dated: June 24, 2009                    Respectfully submitted,


                                        By: ___/s/ John D. Radice___

                                        John D. Radice (JR 9033)
                                        KAPLAN, FOX & KILSHEIMER, LLP
                                        850 Third Avenue, 14th Floor
                                        New York, New York 10022
                                        Telephone: (212) 687-1980
                                        Facsimile: (212) 687-8814
                                        jradice@kaplanfox.com

                                        ***Attorneys for Relator Joseph Piacentile, M.D.***


                                                    SO ORDERED:

                                                    [signature] Sweet
                                                    _____
                                                    U.S.D.J.
                                                    7.8.09

## CERTIFICATE OF SERVICE

I, John D. Radice, hereby certify that true and correct copies of the attached NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE were filed via E.C.F. in the S.D.N.Y. and served upon the following via First Class Mail on June 24, 2009:

Joseph A. Pantoia
Assistant United States Attorney for
LEV L. DASSIN
Acting United States Attorney for the
Southern District of New York
Attorneys for the United States of America
86 Chambers Street – 3rd Floor
New York, NY 10007

                                              /s/ John D. Radice
                                              John D. Radice